# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES REYES,<br><br>　　　　Defendant. | Case No. 1:16-po-0197-SAB<br><br>ORDER GRANTING IN PART STIPULATION TO CONTINUE HEARING<br><br>(ECF No. 3) |

On August 12, 2016, the parties in this action filed a stipulation to continue the arraignment due to defense counsel's unavailability on August 18, 2016. The Court finds good cause to continue the arraignment, but finds that good cause has not been demonstrated for the length of the extension requested.

Accordingly, the stipulation of the parties is HEREBY GRANTED IN PART and the arraignment set for August 18, 2016 at 9:00 a.m. in Courtroom 9 is CONTINUED to September 1, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **August 15, 2016**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1