1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Citation No. 1:16-po-00197-SAB
12 |              Plaintiff,
                                      | MOTION AND ORDER FOR DISMISSAL
13 | v.

14 | JAMES REYES, JR.,

15 |              Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

19 and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No.

20 1:16-po-00197-SAB against JAMES REYES, JR. without prejudice in the interest of justice, pursuant to

21 Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED:  October 4, 2016                    Respectfully submitted,

23                                            PHILLIP A. TALBERT
                                              Acting United States Attorney
24
                                       By:    /s/ Michael G. Tierney
25                                            MICHAEL G. TIERNEY
                                              Assistant U.S. Attorney
26

27

28
                                              1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00197-SAB against JAMES REYES, JR. be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **October 4, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2